In the Matter of RUFUS LEWIS PERRY, an Attorney.— In view of the

previous unquestioned good character of the respondent during his long service as a member of the bar, we have concluded to change the punishment, and, in place of disbarment, to suspend him from the practice of the law for a period of five years from the date of entry of the original order.   Present — Thomas, Mills, Rich and Blackmar, JJ.